**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DARRYL TAYLOR,

       Petitioner,

v.                                                                     Case No. 06-15212
                                                                      Hon. Lawrence P. Zatkoff

C. EICHENLAUB,

       Respondent.
_____/

**ORDER DISMISSING HABEAS CORPUS PETITION**

This matter is pending before the Court on Petitioner Darryl Taylor's *pro se* habeas corpus petition under 28 U.S.C. § 2241. Petitioner filed his petition on November 22, 2006, while he was an inmate at the Federal Correctional Institution in Milan, Michigan. His petition challenges a decision by the Federal Bureau of Prisons not to place Petitioner in community confinement. On January 10, 2007, the Court stayed this case because Petitioner appeared to be in the process of exhausting administrative remedies with the Bureau of Prisons. The Court conditioned the stay on Petitioner moving to lift the stay within thirty days of the Bureau's final decision on Petitioner's request for administrative review.

Petitioner has not moved to lift the Court's stay, nor taken any other action in this case since filing his habeas petition. Records maintained by the Federal Bureau of Prisons on its official website indicate that Petitioner has been released from custody. *See* www.bop.gov. The Court concludes that Petitioner has no interest in pursuing his case and that his challenge to the Bureau's refusal to release him to the community is moot. This case therefore is dismissed for failure to prosecute. *See* E.D. Mich. L.R. 41.2 ("[W]hen it appears . . . that the parties have taken no action for a reasonable time, the court may, on its own motion after reasonable notice or on application of

a party, enter an order dismissing or remanding the case unless good cause is shown.").

       IT IS SO ORDERED.


                      S/Lawrence P. Zatkoff _____
                      LAWRENCE P. ZATKOFF
                      UNITED STATES DISTRICT JUDGE

Dated:  June 4, 2010

CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 4, 2010.


                      S/Marie E. Verlinde _____
                      Case Manager
                      (810) 984-3290